GEORGE PROESTLER, Respondent, *v.* LEWIS H. KUHN, Appellant.

An appellant will not be heard to allege as error that which was inserted in a judgment at his own instance.

(Argued February 28, 1872; decided March 26, 1872.)

ACTION to restrain a nuisance and for damages. The jury found for plaintiff, and a decree was entered enjoining

defendant from doing the acts complained of, "to the injury and nuisance of the plaintiff or his tenants." The prominent ground of error assigned was that the decree was too general and indefinite; as originally drawn and settled it was not subject to this objection, but was resettled and modified to its present form at defendant's request. *Held*, that defendant could not raise the question on appeal.

*N. C. Moak* for the appellant.

*A. J. Perry* for the respondent.

PECKHAM, J., reads opinion for affirmance. All concur. Judgment affirmed with costs.